## PATTERSON v. STATE. (No. 6524.)

(Court of Criminal Appeals of Texas. Oct. 12, 1921.)

Criminal law ⟳1131(1)—Appeal dismissed on appellant's request.

Where defendant in criminal prosecution makes personal affidavit in proper form to dismiss his appeal, the request will be granted.

Appeal from Ft. Bend County Court; C. D. Myers, Judge.

M. Patterson was convicted of crime, and he appeals. Appeal dismissed.

C. I. McFarlane, of Richmond, for appellant.

HAWKINS, J. Since this court obtained jurisdiction of this case, appellant has filed a personal affidavit requesting that the appeal be withdrawn.

The affidavit seeming to be in proper form, the request will be granted, and the appeal is ordered abated.